United States District Court
for the
Southern District of Florida

| | |
|---|---|
| BluestarExpo, Inc., Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 21-20875-Civ-Scola |
| | ) |
| Jay L. Enis and others, Defendants. | ) |

### Order Adopting Magistrate Judge's Report and Recommendation

This case was referred to United States Magistrate Judge Jonathan Goodman, for a report and recommendations on the Plaintiff's motion to strike the Defendants Grovind Srivastava, Syed Abbas, and Soleil Chartered Bank's affirmative defenses (ECF No. 56). Thereafter, Judge Goodman issued a report, recommending that the Court grant the motion, in part, and deny it, in part. (Rep. of Magistrate, ECF No. 65.) Neither party has filed objections to the report, and the time to do so has passed.

The Court has considered Judge Goodman's report, the record, and the relevant legal authorities. The Court largely adopts Judge Goodman's report and recommendations, but declines to afford the Defendants an unfettered opportunity to amend their first-affirmative defense. The Court therefore **affirms and adopts** Judge Goodman's report and recommendations (**ECF No. 65**) to the extent he recommends **striking** the Defendants' third-affirmative defense and paragraphs 120 and 123 of their first- and second-affirmative defenses. In addition, the Court also intends to strike the remainder of the Defendants' first-affirmative defense but will hold that portion of the order in abeyance, affording the Defendants the opportunity to file a motion, seeking leave to amend their first-affirmative defense. If the Defendants wish to seek leave to amend and believe they have a good-faith basis to do so they must do so on or before **June 6, 2022**. If no such motion is filed, the first-affirmative defense will be deemed struck in its entirety. The Court thus **grants in part and denies in part** the Plaintiff's motion to strike (**ECF No. 56**).

**Done and ordered**, at Miami, Florida, on May 27, 2022.

_____
Robert N. Scola, Jr.
United States District Judge