United States District Court
for the
Southern District of Florida

| | |
|---|---|
| BluestarExpo, Inc., Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 21-20875-Civ-Scola |
| | ) |
| Jay L. Enis and others, | ) |
| Defendants. | ) |

### Order Adopting Magistrate's Report and Recommendations

This matter was referred to United States Magistrate Judge Jonathan Goodman for a report and recommendation on Plaintiff BluestarExpo, Inc.'s motion for attorney's fees (Pl.'s Mot., ECF No. 166). Judge Goodman issued a report, recommending that the Court grant in part and deny in part the motion and award Bluestar fees in the amount of $14,266.50,[1] to be assessed against Defendant Soleil Chartered Bank, as a sanction for Soleil Bank's failure to comply with discovery orders. (Report & Recommendations, ECF No. 201.) No objections have been filed and the time to do so has passed. Having considered Judge Goodman's report, the record, and the relevant legal authorities, this Court finds Judge Goodman's report and recommendation cogent and compelling.

The Court **affirms and adopts** Judge Goodman's report and recommendation (**ECF No. 201**). The Court thus **grants in part and denies in part** Bluestar's motion for fees (**ECF No. 166**). Consistent with the report, the Court awards **$14,266.50** in fees to Bluestar, to be paid by Soleil Bank.

**Done and ordered** at Miami, Florida, on January 10, 2023.

_____
Robert N. Scola, Jr.
United States District Judge

---

[1] Bluestar requested $31,932.50 in its motion, but Judge Goodman recommends a reduction of $17,541 based on various defects: Bluestar's failure to provide any support for its timekeepers' hourly rates; the attorneys' lack of billing judgment; block-billed time entries; demonstrated inefficiencies; and non-compensable clerical work performed by paralegals.