United States District Court
for the
Southern District of Florida

| | |
|---|---|
| BluestarExpo, Inc., Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 21-20875-Civ-Scola |
| | ) |
| Jay L. Enis, and others, | ) |
| Defendants. | ) |

### Order Adopting Report and Recommendations and Granting Default Judgment

  The Court referred Defendant Jay L. Enis's motion to dissolve writ of garnishment (ECF No. 271) and Plaintiff BluestarExpo, Inc.'s motion for default final judgment against garnishee (ECF No. 272), to United States Magistrate Judge Enjoliqué A. Lett for either an order or a report of recommendations (ECF No. 273). Thereafter, Judge Lett issued her report and recommendations, recommending that the Court grant BluestarExpo's motion for default judgment. (Rep. & Rec., ECF No. 275.) Neither party has filed objections to the report and recommendations and the time to do so has passed.

  Despite the lack of objections, the Court has nonetheless considered Judge Lett's report, the record, and the relevant legal authorities on a de novo basis. After careful consideration, the Court agrees with the entirety of Judge Lett's findings and conclusions: because Enis filed a response to writ of garnishment and motion to dissolve the writ outside the twenty-day window provided by Fla. Stat. § 77.055, he waived any objections to the writ. (ECF No. 275 at 1-2) (citing *Branch Banking & Trust Company v. Carrerou*, 730 F. App'x 869, 870 (11th Cir. 2018). Further, to the extent there are any non-jurisdictional defects as to notice under section 77.041, Enis has not raised them and, therefore, any such defects are waived. *See Giron v. Loving Care Ret. Services, Inc.*, No. 07-23309-CIV, 2009 WL 10712145, at *1 (S.D. Fla. Sept. 15, 2009) (finding that the court could not sua sponte address plaintiff's failure to comply with Fla. Stat. § 77.041(2)'s notice requirement because the notice requirement is not jurisdictional and the defendant failed to raise the non-compliance.)

  Accordingly, the Court **adopts** Judge Lett's recommendations in full (**ECF No. 275**) and **grants** BluestarExpo's motion (**ECF No. 272**), thus denying Enis's motion to dissolve writ of garnishment (ECF No. 271). Accordingly, the Court **enters final default judgment** in BluestarExpo, Inc.'s favor, in the amount of $300,000, plus post-judgment interest.

  The Court orders BluestarExpo to file a proposed final judgment on the

docket and to submit a Word.doc version of that proposed judgment to scola@flsd.uscourts.gov.

**Done and ordered** in Miami, Florida on July 18, 2025.

Robert N. Scola, Jr.
United States District Judge